LARRY D. COMPTON
CHAPTER 13 TRUSTEE
400 D Street, Suite 210
Anchorage, AK 99501
Telephone (907) 276-6660
FAX (907) 258-3348

FILED

MAR 1 4 2007

CLERK
BANKRUPTCY COURT

By _____
DEPUTY CLERK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

In re:

DAVID R. CHISHOLM III,

Debtor(s),

Case no. A 01-00003 DMD

Chapter 13

## REPORT OF UNCLAIMED MONIES

**TO THE HONORABLE DONALD MacDONALD IV, Bankruptcy Judge:**

**Comes now, Larry D. Compton, Chapter 13 Trustee, and respectfully represents:**

1. Having received money from the above captioned estate and that on August 31, 2006, Payment of Dividend was made, and that said check was never deposited by the creditor. The check was reissued on November 20, 2006, and more than 90 days have elapsed since the issuance of this check.

2. Such check has not cleared the bank, and is now outstanding in the amount of $2,755.52. A stop payment has been issued. Attempts made to locate and contact the creditor for reissue have been unsuccessful.

THEREFORE, pursuant to Title 11, U.S.C. 347 (a), a negotiable instrument in the amount of $2,755.52, made payable to the "Clerk of the Court", for the unclaimed funds in the above-referenced estate is made for payment into the Registry of the Court. The name and address, so far as known, of the person entitled to a portion of said funds and the amount of their dividend is as follows:

| Creditor | Claim # | Amount |
|---|---|---|
| Keybank National Assoc. c/o Weltman, Weinberg& Reis 323 Lakeside Ave W, Ste 200 Cleveland, OH 44113-1099 | 45 | $2,755.52 |

Dated this 11th day of March 2007.

RECEIPT # 18459
FEE AMT 2755.52 NT

Larry D. Compton
Chapter 13 Trustee